IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09cv54

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DEFAULT JUDGMENT OF FORFEITURE |
| ) | |
| 2005 JEEP GRAND CHEROKEE, ) | |
| VIN NO. IJ8HR58295C574171, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a Default Judgment of forfeiture against the Defendant Property.

THE COURT FINDS THAT:

1. A verified Complaint for Forfeiture in rem of the Defendant Property was filed on May 13, 2009. This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

2. Process was fully issued in this action and returned according to law. Pursuant to an Order and Warrant for Arrest in Rem, the government duly seized the Defendant Property. Service of process was made by certified mail and by internet publication of notice via www.forfeiture.gov on May 29, 2009 through June 27, 2009.

3. No person has filed a verified claim or an Answer within the time allowed by law, and the Clerk has accordingly entered Default.

4. Based on the allegations of the verified complaint, the United States has shown probable cause to believe that the Defendant Property was proceeds traceable to transactions and exchanges for controlled substances or listed chemicals in violation of 21 U.S.C. § 801 *et seq.*; was used or intended to be used, in any manner or part, to commit or to facilitate the commission of violations of 21 U.S.C. § 801 *et seq.*; was a "conveyance" that was used or intended to be used to transport or facilitate in

1

any manner the transportation, sale, receipt, possession, or concealment of controlled substances, in violation of 21 U.S.C. § 801 *et seq.*; and that it is therefore subject to forfeiture under 21 U.S.C. § 881(a)(4) ("conveyances"), 21 U.S.C. § 881(a)(6) ("proceeds"), and 18 U.S.C. § 981.

BASED ON THE FORGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a Judgment of Forfeiture by Default against the Defendant Property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's Motion for Default Judgment of Forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title or interest shall exist therein: all present and future interest in the 2005 Jeep Grand Cherokee, VIN NO. IJ8HR58295C574171.

3. The United States is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: February 11, 2010

Richard L. Voorhees
United States District Judge